## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| Taniela F. Kivalu, | ) | No. 26-2649 |
| | ) | |
| Appellant, pro se, | ) | Appeal From District Court State |
| 100% Service-Connected Disabled Veteran | ) | of Arizona at Phoenix Case No. |
| | ) | 25-cv-04221-MTL Judge Honorable |
| v. | ) | Michael T. Liburdi, Presiding |
| | ) | |
| Carrington Mortgage Services, LLC, et al., | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

RECEIVED

JUN 2 2 2026

FILED

DATE

## EMERGENCY MOTION TO STAY FORECLOSURE SALE PENDING APPEAL
### [EMERGENCY - SALE SCHEDULED 6/23/2026 AT 10:00am]

Appellant Taniela F. Kivalu moves this Court under Federal Rule of Appellate Procedure 8(a)(2) for an immediate stay of all foreclosure, trustee, or sheriff sales by Carrington Mortgage Services, LLC and its agents pending resolution.

### INTRODUCTION

1. **Likelihood of Success:** The Case on Appeal 26-2649 raises substantial questions regarding the District Court's dismissal and denial to amend.

2. **Irreparable Harm:** The Foreclosure of Appellant's homestead causes harm that cannot be remedied by money damages. As a 100% disabled veteran, housing stability is critical to Appellant's health and well-being.

3. **Balance of Harms:** The Appellant faces homelessness versus CMS's monetary interest, which is protected by VA loan guaranty.

4. **Public Interest:** The public interest favors protecting veterans and VA loan borrowers from wrongful foreclosure during appellate review.

5. **New Evidence of Suspected Fraud:** On 09/15/2022, a Substitution of Trustee was filed that Appellant believes contains fraudulent representations and/or invalid authority. This

Emergency Motion Stay Foreclosure Sales Case 26-2649    1

Original pu.

newly discovered filing further supports the need for an immediate stay pending investigation into chain-of-title defects and trustee authority.

Appellant makes the following arguments presenting his views as stated:

## ARGUMENT

1. **Likelihood of Success:** The Appeal Case No. 26-2649 raises substantial questions regarding the District Court's dismissal and denial to amend. Further, the 09/15/2022 Substitution of Trustee presents unresolved questions of fact regarding the legal authority of the foreclosing party to conduct the sale.

2. **Irreparable Harm:** The Foreclosure of Appellant's homestead causes harm that cannot be remedied by money damages. As a 100% disabled veteran, housing stability is critical to Appellant's health and well-being. The suspected fraudulent Substitution of Trustee compounds this harm by threatening to dispossess Appellant through a sale that may be void ab initio.

3. **Balance of Harms:** The Appellant faces homelessness versus CMS's monetary interest, which is protected by VA loan guaranty.

4. **Public Interest:** The public interest favors protecting veterans and VA loan borrowers from wrongful foreclosure during appellate review, particularly where evidence suggests potential fraud in the chain of title.

## CONFERENCE

Pursuant to FRAP 8(a)(2)(B), Appellant conferred with counsel for CMS beginning 11/17/2025 when Defendant's lawyers lodged "Notice of Removal," transferring the complaint

from Arizona Superior Court to District Court State of Arizona. Counsel indicated opposition to this Motion.

**WHEREFORE**, Appellant respectfully requests this Court to enter an immediate stay of the foreclosure sale scheduled for June 23, 2026 at 10:00 a.m., and all related foreclosure proceedings pending resolution of Appeal No. 26-2649.

Dated: June 17, 2026

Respectfully submitted,
/s/ Taniela F. Kivalu

Taniela F. Kivalu, Pro Se
13069 E. Desert Lily Lane
Florence, AZ 85132-3314
Phone Number: 602-563-5464
Email Address: dandanliahona@gmail.com

Emergency Motion Stay Foreclosure Sales Case 26-2649    3

## PROPOSED ORDER

**IT IS HEREBY ORDERED**: That Carrington Mortgage Services, LLC, its agents, trustees, and substitutes are **STAYED** from conducting any foreclosure sale, trustee sale, or sheriff sale regarding the subject property pending further order of this Court on Appeal No. 26-2649.

## CERTIFICATE OF SERVICE

I certify that on June 17, 2026, I served the foregoing Emergency Motion on counsel for Defendants-Appellees via email and UPS Overnight Delivery to the following:

1. Kristine McDonald: kmcdonald@mccarthyholthus.com
2. Dina Ghassan Aouad: daouad@spencerfane.com
3. Melissa Coutts: mcoutts@mccarthyholthus.com
4. Justin Donald Balser: Justin.Balser@troutman.com

/s/ Taniela F. Kivalu

_____
Taniela F. Kivalu, Pro Se, Appellant/Plaintiff.
13069 E. Desert Lily Lane
Florence, AZ 85132-3314
Phone Number: 602-563-5464
Email Address: dandanliahona@gmail.com

**Mail Distribution by Email:**

1. Kristine McDonald: kmcdonald@mccarthyholthus.com
2. Dina Ghassan Aouad: daouad@spencerfane.com
3. Melissa Coutts: mcoutts@mccarthyholthus.com
4. Justin Donald Balser: Justin.Balser@troutman.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on 17th June, 2026, at San Tan Valley, Arizona.

/s/ Taniela F. Kivalu

_____
Taniela F. Kivalu, Pro Se Appellant/Plaintiff
13069 E. Desert Lily Lane
Florence, AZ 85132-3314
Phone Number: 602-563-5464
Email Address: dandanliahona@gmail.com